IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANE DOE 1, JANE DOE 2, JANE DOE 3,

    *Plaintiffs*,

v.

GREGG GARNER, et al.

    *Defendants*.

Case no. 3:26-cv-00231

District Judge Crenshaw
Magistrate Judge Frenshley

**MOTION TO PROCEED UNDER PSEUDONYM**

    Plaintiffs JANE DOES 1-3's move to proceed under pseudonym. In doing so, Plaintiffs rely upon their subsequently filed supporting memorandum and Exhibit A (Declaration of Heather Moore Collins) in Support of Plaintiffs JANE DOES 1-3's Motion to Proceed Under Pseudonym. Plaintiffs state:

    1.    This case arises from the sexual victimization of Plaintiffs Jane Does 1-3 who were sexually abused and/or assaulted by Gregg Garner, founder, lead pastor and CEO of Global Outreach Developments International (G.O.D.).

    2.    Plaintiffs allege that Defendants Gregg Garner, G.O.D., Institute for G.O.D. International, the Church Community for G.O.D. ("G.O.D. Entities") engaged in sex trafficking, forced labor, and sexual harassment. As such, this case involves extremely intimate details of rape, sexual assault, and coerced sexual acts.

    3.    Plaintiffs allege that Defendants exercised comprehensive control over every aspect of Plaintiffs' lives: employment, income, housing, children's education, spiritual community, healthcare, and personal relationships, which caused physical, emotional, psychological, and economic harm to Plaintiffs.

1

4. Plaintiffs have well-founded fears for their physical and mental safety. Following disclosure, Defendant Garner sent one Plaintiff 21 messages and 10 calls within 25 minutes, ordered evidence destruction, and scripted false testimony. Plaintiffs fled their homes immediately following the disclosure for fear of a volatile reaction from Garner.

5. Moreover, Plaintiffs have substantial fears of increased humiliation, embarrassment, and emotional distress if their identities are made public.

6. Plaintiffs desire their names remain confidential due to their tight-knit religious community, family involvement with the church, and children's education at Defendant's school.

7. Fed. R. Civ. Proc. 26(c) authorizes the Court to "make any order which justice requires to protect the party or person from annoyance, embarrassment, oppression, or undue burden or expense" upon motion of a party.

8. Courts "may excuse plaintiffs from identifying themselves in certain circumstances" where "a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004).

9. Because disclosure of their identity and their status as victims of sexual assault and other abuse would cause severe anxiety, stress, and compound the severe emotional distress already suffered, it is necessary that they be permitted to proceed in pseudonym.

10. Defendants will suffer no prejudice because they already know Plaintiffs' true identities through direct relationships spanning years.

11. Defendants will be permitted to use Plaintiffs' names in discovery under the terms of a protective order that the Court can fashion to ensure Defendants are prejudiced in no way in their ability to defend the case.

12. Allowing Plaintiffs to proceed under pseudonym will not interfere with the public's right to follow the proceedings, which will still be open to the public while maintaining the confidentiality of Plaintiffs' identity.

WHEREFORE, for these reasons articulated herein, as well as those contained in the subsequently filed Memorandum of Law in Support of the instant Motion, Plaintiffs Jane Does 1-3 respectfully request that this Honorable Court enter an Order that (a) permits Plaintiffs to proceed in this action under pseudonyms "JANE DOES 1-3," (b) bars the disclosure of Plaintiffs' true names or other information that identifies them or their family members, directly or indirectly, and (c) requires that any documents containing such information be redacted or filed under seal.

Dated: March 2, 2026

Respectfully submitted,

*/s/ Heather Moore Collins*
Heather Moore Collins BPR # 026099
**HMC Civil Rights Law PLLC**
302 Peachtree Street
Nashville, TN 37210
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com

*-- and --*

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones CABN # 281715
(*Pro Hac Vice* Forthcoming)
**Advocates for Survivors of Abuse PC**
4200 Park Boulevard No. 413
Oakland, CA 94602
(510) 500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for the Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served via the Court's CM/ECF filing system on March 2, 2026, and will be mailed with the complaint and summons to each Defendant's registered agent for service of process.

                                                        */s/ Heather Moore Collins*
                                                        Heather Moore Collins