IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JANE DOE 1, JANE DOE 2, JANE DOE 3,

          Plaintiffs,          Case No. 3:26-cv-00231

v.

GREGG GARNER, et al.          District Judge Crenshaw
                                        Magistrate Judge Frensley
          Defendants.

_____

## SWORN DECLARATION OF HEATHER MOORE COLLINS

I, Heather Moore Collins, declare under penalty of perjury that the following facts are true, correct, and based upon my personal knowledge.

    1.    My name is Heather Moore Collins. I am an adult citizen, over the age of eighteen (18), and I am competent to make the statements contained in this Declaration. I am duly licensed to practice before the courts of the State of Tennessee and I am counsel for Plaintiffs in the above-styled case. I make this declaration in support of Plaintiffs' Motion to Proceed Under Pseudonym based on my personal knowledge, and if called upon to do so, I could and would testify competently thereto.

    2.    Public policy favors the allowance of anonymity for sexual assault victims as requiring public disclosure may otherwise act as a deterrent to the reporting and pursuit of these claims by victims.

    3.    My clients, Plaintiffs Jane Does 1-3, are residents of Davidson County, Tennessee. Each Plaintiff lives and works locally in or around Old Hickory and/or Nashville, Tennessee. Each Plaintiff has experienced sexual abuse, sexual assault, and coerced sexual acts by Defendant Gregg Garner.

1

Additionally, Defendant Garner controlled every aspect of Plaintiffs' lives, including their employment, housing, children's education, and spiritual community. At this time, Plaintiffs desire for their identities to remain anonymous to the public, in fear of retaliation and to protect their privacy given the deeply personal and traumatic nature of the sexual abuse they endured.

4. Plaintiffs' allegations involve information of the utmost intimacy, including detailed accounts of rape, sexual assault, coerced sexual acts, and sexual exploitation spanning 2022 through 2025. The Complaint details forced sexual intercourse, groping, genital exposure, drug-facilitated rape, and forced oral sex. Public disclosure of Plaintiffs' identities would cause severe humiliation, emotional distress, and compound the severe trauma Plaintiffs have already suffered.

5. Plaintiffs have well-founded fears for their physical and mental safety. Following disclosure in October 2025, Defendant Garner sent one Plaintiff 21 messages and 10 calls within 25 minutes, began a smear campaign against Plaintiffs claiming they "came on to him," ordered evidence destruction, and scripted false testimony. Plaintiffs reside in the same tight-knit Nashville neighborhood as Defendant Garner, and their children attend schools controlled by Defendant. Plaintiffs desire their names remain confidential to protect themselves and their families from ongoing harassment and retaliation.

6. Given the nature of the allegations and Plaintiffs' statuses as sexual assault survivors, my clients' anonymities are necessary and outweigh the standard presumption of public access to the identities of litigants.

Further this Affiant sayeth not. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Heather Moore Collins*
Heather Moore Collins
Dated: 03/02/2026