IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, | |
| *Plaintiffs*, | Case no. 3:26-cv-00231 |
| v. | |
| GREGG GARNER, et al. | District Judge Crenshaw<br>Magistrate Judge Frenshley |
| *Defendants*. | |

**PLAINTIFFS' NOTICE OF FILING SUMMONSES TO BE ISSUED**

Come now, Plaintiffs Jane Does 1-3, by and through the undersigned counsel, and file the following summonses and respectfully request that these summonses be issued by the court.

1. Summons to Gregg Garner
2. Summons to Global Outreach Developments International (G.O.D.)
3. Summons to Institute for G.O.D. International
4. Summons to The Church Community for G.O.D.

Dated: March 3, 2026

Respectfully submitted,

*/s/ Heather Moore Collins*
Heather Moore Collins BPR # 026099
**HMC Civil Rights Law PLLC**
302 Peachtree Street
Nashville, TN 37210
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com

-- and --

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones CABN # 281715
(*Pro Hac Vice* Forthcoming)

1

**Advocates for Survivors of Abuse PC**
4200 Park Boulevard No. 413
Oakland, CA 94602
(510) 500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed and served via the Court's CM/ECF filing system on March 3, 2026.

*/s/ Heather Moore Collins*
Heather Moore Collins
