# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Vanessa Baehr-Jones

Bar Number 281715

was duly admitted to practice in this Court on July 6, 2023, and is in good standing as a member of the bar of this Court.



Signed on March 3, 2026 by

Mark B. Busby, Clerk of Court