IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, and JANE DOE 3 <br>     Plaintiffs, <br><br> v. <br><br> GREGG GARNER, an individual, GLOBAL OUTREACH DEVELOPMENTS INTERNATIONAL (G.O.D.), a nonprofit corporation, INSTITUTE FOR G.O.D. INTERNATIONAL, a non profit Corporation, THE CHURCH COMMUNITY FOR G.O.D., a nonprofit corporation, and DOES 5-20, inclusive, <br>     Defendants. | Case No. 3:26-cv-00231 <br><br> Judge Crenshaw <br><br> Magistrate Judge Frensley |

## NOTICE OF APPEARANCE

Attorney James W. Cobb of Cobb Law Group, LLC, hereby enters his appearance as counsel for Defendant, Gregg Garner, and requests that all filings be served upon him electronically at the e-mail address listed below.

    */s/ James W. Cobb*
    **James W. Cobb (#033248)**
    Cobb Law Group
    131 Walton Ferry Road
    Suite 11
    Hendersonville, TN 37075
    James@CobbLawTn.com
    Office: (615) 649-0049
    *Attorney for Defendant Gregg Garner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following via this Court's electronic CM/ECF filing system to:

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard, No. 413
Oakland, CA 94602
*Attorney for Plaintiffs*

Heather M. Collins
HMC Civil Rights Law, PLLC
302 Peachtree Street,
Nashville, TN 37210
*Attorney for Plaintiffs*

This 6th day of March 2026.

                                                */s/ James Cobb*
                                                James Cobb (#33248)