# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, and JANE DOE 3 <br>    Plaintiffs, <br><br> v. <br><br><br> GREGG GARNER, an individual, GLOBAL OUTREACH DEVELOPMENTS INTERNATIONAL (G.O.D), a nonprofit corporation, INSTITUTE FOR G.O.D. INTERNATIONAL, a nonprofit corporation, THE CHURCH COMMUNITY FOR G.O.D., a nonprofit corporation, and DOES 5-20, inclusive, <br>    Defendants. | Case No. 3:26-cv-00231 <br><br> Judge Crenshaw <br><br> Magistrate Judge Frensley |

## NOTICE OF APPEARANCE

Attorney Bryant Kroll hereby enters his appearance as counsel for Defendant Gregg Garner and requests that all filings be served upon him electronically at the e-mail address listed below.

Respectfully Submitted,

*/s/ Bryant Kroll*
Bryant Kroll (#33394)
The Law Office of Bryant Kroll
P.O. Box 219,
Pegram, TN 37143
Bryant@BryantKroll.com
Office: (615) 994-1837

*Attorney for Defendant Gregg Garner*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served upon the following via this Court's electronic CM/ECF filing system:

| | |
|---|---|
| Vanessa Baehr-Jones<br>Advocates for Survivors of Abuse PC<br>4200 Park Boulevard<br>No. 413<br>Oakland, CA 94602<br>*Attorney for Plaintiffs* | Heather M. Collins<br>HMC Civil Rights Law, PLLC<br>302 Peachtree Street<br>Nashville, TN 37210<br>*Attorney for Plaintiffs* |

This 6th Day of March, 2026

              */s/ Bryant Kroll*
              Bryant Kroll (#33394)