# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, and JANE DOE 3 )<br> Plaintiffs, )<br> )<br>v. )<br> )<br> )<br>GREGG GARNER, an individual, )<br>GLOBAL OUTREACH )<br>DEVELOPMENTS INTERNATIONAL )<br>(G.O.D), a nonprofit corporation, )<br>INSTITUTE FOR G.O.D. )<br>INTERNATIONAL, a nonprofit )<br>corporation, )<br>THE CHURCH COMMUNITY FOR )<br>G.O.D., a nonprofit corporation, and )<br>DOES 5-20, inclusive, )<br> Defendants. )<br> )<br> ) | Case No. 3:26-cv-00231<br><br>Judge Crenshaw<br><br>Magistrate Judge Frensley |

## NOTICE OF FILING

Defendant Gregg Garner, by and through the undersigned counsel, hereby gives Notice to

the Parties and the Court that he is filing a Proposed Order Granting Defendant Gregg Garner's

Motion to Seal Complaint Pending Initial Merits Review attached hereto as Exhibit 1

.

Respectfully Submitted,


*/s/ Bryant Kroll*
Bryant Kroll (#33394)
The Law Office of Bryant Kroll
P.O. Box 219,
Pegram, TN 37143
Bryant@BryantKroll.com
Office: (615) 994-1837

1

James W. Cobb (#033248)
Cobb Law Group
131 Walton Ferry Road
Suite 11
Hendersonville, TN 37075
James@CobbLawTn.com
Office: (615) 649-0049

*Attorneys for Defendant Gregg Garner*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following via this Court's electronic CM/ECF filing system:

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard
No. 413
Oakland, CA 94602
*Attorney for Plaintiffs*

Heather M. Collins
HMC Civil Rights Law, PLLC
302 Peachtree Street
Nashville, TN 37210
*Attorney for Plaintiffs*

This 6th Day of March, 2026

/s/ Bryant Kroll
Bryant Kroll (#33394)

2