# Media Update for Parents

**Academy for GOD to parents@academyforgod.org & hybrid@academyforgod.org**          MAR 8

Good evening Academy Parents,

I hope you've had a good weekend. I wanted to take a moment to reassure you of our commitment to providing a positive and safe learning environment for your student(s).

We have been cautioned that the aforementioned lawsuit will bring media attention, and we are preparing for it on a school and ministry level. We expect there will be news stories, including national stories, and a representative of the church or ministry will have to speak to someone on camera, not solely in written statements.

We have been and are in contact with legal support, academic counsel, accreditation boards, and professional crisis management support daily.

We'd like to give you some helpful things to consider regarding media attention as related to our school:

1. The Academy operates on a private campus with security in place.
2. Photographers are not allowed to come onto our property. They have to wear a press pass and remain only in public areas.
3. Our students use pathways, recess areas, and outdoor classrooms away from the road and out of line of sight while at school. Furthermore, all students are supervised by an adult while on campus.
4. Our receptionists have been trained on how to answer phones appropriately and take messages as needed.
5. We have a choice in who we will talk to, and who we will do an interview with should that be requested.

Thank you for taking the time to read this communication. Please remain in prayer with us and help model that posture for our students during this time. We are deeply grateful for your continued partnership, support, and prayers for our school community.

*"Do not be anxious about anything, but in everything by prayer and supplication with thanksgiving let your requests be made known to God."* - Philippians 4:6

Take care,



**Ms. Alison Sherrod**

**Lead Administrator** | The Academy for GOD

📞 **615-722-7107**

✈ Alison.Sherrod@AcademyforGOD.org

🔗 AcademyforGOD.org

📍 Nashville, TN 37138





*** CONFIDENTIAL COMMUNICATION. The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

To unsubscribe from this group and stop receiving emails from it, send an email to parents+unsubscribe@academyforgod.org.

---

**Academy for GOD to parents@academyforgod.org & hybrid@academyforgod.org**          11:37 AM

Good morning parents,

As anticipated, a Tennessean article was released <u>this morning</u>, and The Tennessean has already been contacted related to a serious error in the article. They responded that they will be updating the article.

For your awareness, the article incorrectly states that Mr. Garner met one of the Jane Does at "GOD Academy." This is not accurate. The Academy for God did not exist at the time a Jane Doe in question

was 15 years old, it could not have been the institution she is referring to. This occurrence happened at another local Christian school where Mr. Garner taught, not our school.

To our knowledge, there have been no occurrences or allegations of sexual abuse at The Academy. We launched the GRACE investigation to leave no stone unturned in this regard.

As a reminder, if you have any reason to believe there was wrongdoing at The Academy, please report it to our administration as soon as possible.

We are praying for all of your families, recognizing the undue stress this has caused, and looking to Jesus for comfort and strength.


Take care,






**Ms. Alison Sherrod**

**Lead Administrator** | The Academy for GOD

📞 **615-722-7107**

📧 Alison.Sherrod@AcademyforGOD.org

🔗 AcademyforGOD.org

📍 Nashville, TN 37138

*** CONFIDENTIAL COMMUNICATION. The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party, without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.
To unsubscribe from this group and stop receiving emails from it, send an email to