# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| JANE DOE 1 JANE DOE 2, and JANE DOE 3, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) **Case No. 3:26-cv-00231** |
| v. | ) |
| | ) **Judge Crenshaw** |
| GREGG GARNER, an individual, | ) |
| GLOBAL OUTREACH | ) **Magistrate Judge Frensley** |
| DEVELOPMENTS INTERNATIONAL | ) |
| (G.O.D), a nonprofit organization, | ) |
| INSTITUTE FOR G.O.D. | ) |
| INTERNATIONAL, a nonprofit | ) |
| corporation, | ) |
| THE CHURCH COMMUNITY FOR | ) |
| G.O.D., a nonprofit corporation, and | ) |
| DOES 5-20, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Come now L. Gino Marchetti, Jr., and Charles Michels of the law firm of Taylor, Pigue, Marchetti, and Blair, PLLC, and give Notice to the Court of their representation of the Defendants, Global Outreach Developments International (G.O.D), Institute for G.O.D. International, and The Church Community for G.O.D., in the above styled matter.

Respectfully submitted,

**Taylor, Pigue, Marchetti & Blair, PLLC**

*/s/ L. Gino Marchetti, Jr.*
L. Gino Marchetti, Jr., BPR #005562
Charles Michels, BPR #031232
2908 Poston Avenue
Nashville, Tennessee 37203
(615) 320-3225

gmarchetti@tpmblaw.com
cmichels@tpmblaw.com
*Attorneys for Defendants G.O.D.
International, Institute for G.O.D.
International, and The Church Community
for G.O.D.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2026, the foregoing has been served upon the following via this Court's electronic CM/ECF filing system and/or electronic mail:

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard, No. 413
Oakland, CA 94602
*Attorney for Plaintiffs*

Heather M. Collins
HMC Civil Rights Law, PLLC
302 Peachtree Street
Nashville, TN 37210
*Attorney for Plaintiffs*

Bryant Kroll
The Law Office of Bryant Kroll
P.O. Box 219
Pegram, TN 37143
Bryant@BryantKroll.com
*Attorney for Defendant,
Gregg Garner*

James W. Cobb
Cobb Law Group
131 Walton Ferry Road, Suite 11
Hendersonville, TN 37075
James@CobbLawTn.com
*Attorney for Defendant,
Gregg Garner*

*/s/ L. Gino Marchetti, Jr.*