# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| Jane Doe 1, Jane Doe 2, Jane Doe 3 | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No. 3:26-cv-00231 |
| Gregg Garner, Global Outreach Developments International (G.O.D.), Institute for G.O.D. International, The Church Community for G.O.D., Does 5-20 | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Global Outreach Developments International (G.O.D.)
c/o Genovations Accounting, LLC
401 Center St.
Old Hickory, TN 37138-2417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Heather Moore Collins
HMC Civil Rights Law PLLC
302 Peachtree Street
Nashville, TN 37210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 3/4/2026

_Sarah Matthews_
_Signature of Clerk or Deputy Clerk_

Civil Action No.  3:26-cv-00231

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Global Outreach Developments International

was received by me on *(date)*  3/4/2026                                         .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Gabby Parker, Genovations Accouting, LLC , who is

designated by law to accept service of process on behalf of *(name of organization)* Global Outreach

Developments International                               on *(date)* 3/9/2026               ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00         .


I declare under penalty of perjury that this information is true.


Date:  3/18/2026                                                *Erica Russell*
                                                       _____
                                                                        *Server's signature*

                                                       Erica Russell, Paralegal/Office Manager
                                                       _____
                                                                        *Printed name and title*

                                                       HMC Civil Rights Law, PLLC
                                                       302 Peachtree Street
                                                       Nashville, TN 37210
                                                       _____
                                                                        *Server's address*


Additional information regarding attempted service, etc:

After a failed attempt to serve this defendant by certified return receipt mail on March 6, 2026, I emailed Genovations Accouting, LLC to request acceptance of service of process by email. On March 7, Gabby Parker replied to agree to service by email on behalf of this defendant. On March 9, I emailed the summons, complaint, notice of setting of initial case management conference,and Plaintiffs' motion to proceed under psuedonym. That same day, Ms. Parker replied to confirm receipt of said documents and communicated that the documents had been distributed to this defendant.