IN THE US DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

| | | |
|---|---|---|
| JANE DOE 1, JANE DOE 2, and JANE DOE 3, | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GREGG GARNER, an individual, | ) ) ) | |
| GLOBAL OUTREACH DEVELOPMENTS INTERNATIONAL (G.O.D), a nonprofit corporation, | ) ) ) ) | **Case #: 3:26-cv-00231** **Jury Demand (12)** |
| INSTITUTE FOR G.O.D. INTERNATIONAL, a nonprofit corporation, | ) ) ) | **Judge Crenshaw** **Magistrate Judge Frensley** |
| THE CHURCH COMMUNITY FOR G.O.D., a nonprofit corporation, | ) ) ) | |
| and DOES 5-20, inclusive, | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Alan S. Bean, with the law firm of Starnes Davis Florie, LLP, provides notice of his appearance as counsel of record for the defendants Global Outreach Developments International, Institute for G.O.D. International, and the Church Community for G.O.D.

The clerk and all parties are requested to provide the undersigned counsel notice of all subsequent pleadings and correspondence.

1

Respectfully submitted,

**STARNES DAVIS FLORIE LLP**

By: s/Alan S. Bean
Alan S. Bean, #026194
K. Nicole Poole, #038552
3000 Meridian Blvd., Suite 350
Franklin, TN 37067-6673
Phone: (615) 905-7200
Fax: (615) 807-4802
abean@starneslaw.com
npoole@starneslaw.com

*Attorneys for Defendants Global Outreach Developments International, Institute for G.O.D. International, and the Church Community for G.O.D*

2

**<u>CERTIFICATE OF SERVICE</u>**

  I certify that on March 18, 2026, a true and correct copy of the foregoing document was sent via the Court's electronic filing system to the following:

<div style="display:flex">
<div>

Heather Moore Collins (# 026099)
Ashley Shoemaker (#037651)
MC Civil Rights Law, PLLC
302 Peachtree St.
Nashville, TN 37210
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

and

Advocates for Survivors of Abuse PC
Vanessa Baehr-Jones CABN (#281715)
(*Pro Hac Vice* Forthcoming)
Baehr-Jones Law PC
4200 Park Boulevard No.
413 Oakland, CA 94602
(510) 500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for Plaintiff*

</div>
<div>

James W. Cobb (#033248)
Cobb Law Group
131 Walton Ferry Road, Suite 11
Hendersonville, TN 37075
Office: (615) 649-0049
James@CobbLawTn.com

and

Bryant Kroll (#33394)
The Law Office of Bryant Kroll
P.O. Box 219,
Pegram, TN 37143
Office: (615) 994-1837
Bryant@BryantKroll.com

*Attorneys for Defendant Gregg Garner*

</div>
</div>

s/Alan S. Bean
Alan S. Bean, #026194

3