**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE**

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, and JANE DOE 3       Plaintiffs,     ) ) ) ) | |
| v.      ) ) | Case No. 3:26-cv-00231 |
| GREGG GARNER, an individual, GLOBAL OUTREACH DEVELOPMENTS INTERNATIONAL (G.O.D), a nonprofit corporation, INSTITUTE FOR G.O.D. INTERNATIONAL, a nonprofit corporation, THE CHURCH COMMUNITY FOR G.O.D., a nonprofit corporation, and DOES 5-20, inclusive,      Defendants.     ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Crenshaw<br><br>Magistrate Judge Frensley |

**DEFENDANT GREGG GARNER'S
MOTION TO DISMISS COMPLAINT**

Defendant Gregg Garner, by and through undersigned counsel, respectfully moves this Court for an Order dismissing the Complaint in this case, (Doc. 1), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted. As grounds, Movant would show that:

1. Plaintiffs' claims under 18 U.S.C. § 1591 and 18 U.S.C. § 1595 are time-barred to the extent they are premised on alleged trafficking while Jane Doe 2 or Jane Doe 3 was a minor, because Plaintiffs' own allegations show that those claims were not brought within the applicable ten-year limitations period.

2. Plaintiffs' claims under 18 U.S.C. § 1591 and 18 U.S.C. § 1595 are likewise time-barred to the extent they rest on alleged trafficking conduct occurring before February 27, 2016.

3. Even taking the Complaint's allegations as true, Plaintiffs do not plausibly plead the statutory elements of a sex-trafficking claim under 18 U.S.C. §§ 1591 and 1595, including force, fraud, or coercion as defined by statute.

4. Plaintiffs fail to plausibly allege abuse or threatened abuse of law or legal process, or any concrete threat of serious harm tied to refusal of a particular sex act, as required to plead coercion under 18 U.S.C. § 1591.

5. Plaintiffs fail to plausibly allege that any alleged sex acts were "commercial sex acts," that is, sex acts on account of which anything of value was given to or received by any person, as required by 18 U.S.C. § 1591.

6. Count II fails because Plaintiffs do not plausibly plead forced labor under 18 U.S.C. § 1589, including force, threatened force, physical restraint, threatened physical restraint, abuse of law or legal process, or a qualifying threat or scheme of serious harm used to obtain labor or services.

7. Counts IV and V fail as to Gregg Garner individually because the Tennessee Human Rights Act does not impose individual liability for the employment-discrimination and retaliation claims Plaintiffs attempt to assert, and those claims are also untimely and otherwise insufficiently pleaded.

8. Count VI fails because it does not plead assault and battery with element-specific factual allegations, instead relying on conclusory hindsight characterizations, and substantial portions of that count are barred by Tennessee's one-year statute of limitations.

2

9. Counts VII, VIII, and X fail because they are formulaic, plead the wrong elements, or improperly attempt to re-label intentional conduct as negligence.

10. Because Counts I and II, the only federal claims, should be dismissed, this Court should decline to exercise supplemental jurisdiction over the remaining state-law claims pursuant to 28 U.S.C. § 1367(c)(3). In the alternative, those state-law claims should also be dismissed for the reasons set forth in the accompanying Memorandum.

**WHEREFORE**, Defendant Gregg Garner respectfully requests that the Court dismiss Counts I and II with prejudice, decline to exercise supplemental jurisdiction over the remaining claims, or alternatively dismiss those claims as well, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Bryant Kroll*
Bryant Kroll (#33394)
The Law Office of Bryant Kroll
P.O. Box 219
Pegram, TN 37143
Bryant@BryantKroll.com
Office: (615) 994-1837

*/s/ James W. Cobb*
James W. Cobb (#033248)
Cobb Law Group
131 Walton Ferry Road
Suite 11
Hendersonville, TN 37075
James@CobbLawTn.com
Office: (615) 649-0049

*Attorneys for Defendant Gregg Garner*

3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon the following via this Court's electronic CM/ECF filing system:

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard
No. 413
Oakland, CA 94602
*Attorney for Plaintiffs*

Heather M. Collins
HMC Civil Rights Law, PLLC
302 Peachtree Street
Nashville, TN 37210
*Attorney for Plaintiffs*

This 30th Day of March, 2026

/s/ Bryant Kroll
Bryant Kroll (#33394)