**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JANE DOE 1, et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-00231** |
| | ) | |
| **GARNER, et. al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

The parties scheduled mediation on November 12, 2026. (Doc. No. 43). To date no mediator's report has been filed pursuant to LR 16.05(b). Accordingly, the parties shall file a status report by **November 25, 2026**.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE